IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 8:99CR20 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| MICHAEL MUHLEKA, | ) |
| | ) |
| Defendant. | ) |

IT IS ORDERED that the revocation hearing is rescheduled for **1:00 p.m. on October 27, 2005** before the Honarable Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

Dated this 7th day of October, 2005.

BY THE COURT
s/ Laurie Smith Camp
United States District Judge